IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
<u>RICHMOND DIVISION</u>

| | |
|---|---|
| IN RE: | CASE NO.: 14-34141-KLP |
|     LYNN J. BLYDENBURGH | CHAPTER 13 |
|         Debtor, | |
| & | |
|     JPMORGAN CHASE BANK, N.A. | |
|         Secured Creditor. | |

### ORDER APPROVING LOAN MODIFICATION

The Debtor has complied with Local Bankruptcy Rule 6004-4 and the notice provisions required by Bankruptcy Rules 4001(c) and no timely objections to the motion have been filed. Debtor's Motion was approved in court on October 14, 2015. The Creditor has agreed to modify the existing lien on Debtor's real property and primary residence, known as: 7012 Pointer Ridge Road, Midlothian, Virginia 23112 and more particularly described as:

> **ALL that certain lot, piece or parcel of land, with improvements thereon and appurtenances thereto belonging, lying and being in Matoaca District, Chesterfield County, Virginia, designated as Lot 2, on plat entitled "Spring Trace, Section C", prepared by Balzer and Associates, Inc., dated July 17, 1989, and recorded September 8, 1989, in the Clerk's Office of the Circuit Court of Chesterfield County, Virginia, in Plat Book 67, Pages 85 and 86, reference to which plat is hereby made for a more particular description.**

That the terms of the Loan Modification Agreement are as follows:

    * New principal balance of $171,889.88.

    * Interest rate of 3.625%.

    * New maturity date of August 1, 2045.

    * Monthly mortgage payment of $1,053.90 which includes principal and
        interest in the amount of $783.91 and estimated monthly escrow payment
            in the amount of $269.99 (which may adjust periodically) shall go

into effect beginning August 1, 2015 and shall follow the payment schedule with interest rate and payment changes as laid out in Section 3C of the Loan Modification Agreement.

It appearing to the Court to be just and in the best interest of the parties to allow the Movant's Motion and approve the Loan Modification, it is hereby

ORDERED that the Movant's Motion is hereby GRANTED, the fully executed Loan Modification is approved, and that the Movant may execute and such documents as are necessary to complete the transaction.

It is further ORDERED that upon entry of this Order, the Chapter 13 Trustee shall be relieved of any and all obligation to remit payment incident to the arrearages set forth in the Proof of Claim (Claim #20) filed by JPMORGAN CHASE BANK, N.A.

Oct 23 2015           SO ORDERED: /s/ Keith L. Phillips
                                  _____
                                            JUDGE

                                  Oct 26 2015
                          DATE: _____

I ask for this:

/s/ Keith A. Pagano, Esq.
Keith A. Pagano, Esquire 47845
Pagano & Marks, P.C.
4510 S. Laburnum Avenue
Richmond, VA 23231
(804) 447-1002
Attorney for the Movant

Seen and Agreed:

/s/ Carl M. Bates, Trustee
Carl M. Bates
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA 23218

## CERTIFICATION

Pursuant to Local Rule 9022-1 (C), I hereby certify that all necessary parties have endorsed the above order.

/s/ Keith A. Pagano, Esq.
Keith A. Pagano, Esq.

## CERTIFICATE OF SERVICE

I certify that on October 22, 2015, a copy of the foregoing Order was mailed via first class mail, postage prepaid, or electronically to all parties listed below and on the attached mailing matrix.

/s/ Keith A. Pagano, Esq.
Keith A. Pagano, Esq.

PARTIES TO RECEIVE COPIES:

| U.S. TRUSTEE | DEBTOR |
|---|---|
| United States Trustees Office | LYNN J. BLYDENBURGH |
| 701 East Broad Street | 7012 Pointer Ridge Road |
| Richmond, Virginia 23219 | Midlothian, VA 23112 |
| | |
| TRUSTEE | MORTGAGER |
| Carl M. Bates | JPMorgan Chase Bank, N.A. |
| Chapter 13 Trustee | MHA Department |
| P.O. Box 1819 | 780 Kansas Lane |
| Richmond, VA 23218 | 2nd Floor, LA4-3125 |
| | Monroe, LA 71203 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
<u>RICHMOND DIVISION</u>**

IN RE:                                                                                          CASE NO. 14-34141-KLP
    LYNN J. BLYDENBURGH,                                                    CHAPTER 13

       Debtor(s)

**Summary of the Proposed Loan Modification**

|  | <u>Original Loan</u> | <u>Modified Loan</u> |
|---|---|---|
| Principal Amount | $179,391.00 | $171,889.88 |
| Interest Rate | 6.000% | 3.625% |
| Term or Maturity Date | June 1, 2038 | August 1, 2045 |
| Monthly Payment | $1,339.80 | $1,053.90 |

☐  2. The modified loan includes future payment changes or balloon payments.  The terms of any such future payment changes or balloon payments are:

☐  3. The modification results in a higher monthly payment.  The source(s) of the funds used to make that payment is/are:

☑  4. The modification results in a lower monthly payment. Choose one of the following:

      ☐  a. The amount of future plan payments will be increased.

      ☑  b. The amount of future plan payments will not be increased.